**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

SUSAN MICHELE PARKER and
CARL GREGG PARKER                                                                    PLAINTIFFS

vs.                                                       CIVIL ACTION NO. 3:05cv768-HTW-JCS

WAL-MART STORES, INC.                                                              DEFENDANT

## **FINAL JUDGMENT**

Before this court is the motion of the defendant for summary judgment. After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the court finds that the motion of the defendant is well taken and should be granted. The Memorandum Opinion and Order entered by this court on February 28, 2007, is incorporated by reference. For the reasons assigned in the court's Memorandum Opinion and Order, the court concludes that judgment should be entered in favor of the defendant and against the plaintiffs and that the defendant should be awarded its costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's Memorandum Opinion and Order at the cost of the plaintiffs.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant is entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the** 28th day of February, 2007.

                                                s/ HENRY T. WINGATE
                                                CHIEF UNITED STATES DISTRICT JUDGE

Civil Action No. 3:05-cv-768 HTW-JCS
Final Judgment